IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Darlene M. Amodeo, Debtor             :        Bankruptcy No. 13-24715
                                      :
Darlene M. Amodeo, Movant             :        Chapter 13
Vs.                                   :
No Respondent                         :

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 4, 2016, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

November 19, 2018                     Attorney for Debtor


                                      /s/Shawn N. Wright
                                      Shawn N. Wright, Esquire
                                      7240 McKnight Road
                                      Pittsburgh, PA 15237
                                      (412) 920-6565
                                      Pa. I.D. No. 64103
                                      shawn@shawnwrightlaw.com

**PAWB Local Form 24 (07/13)**