**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Darlene M. Amodeo** | Social Security number or ITIN  **xxx−xx−7388** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **13−24715−CMB**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Darlene M. Amodeo

3/1/19                                                                                    **By the court:**    Carlota M. Bohm
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 13-24715-CMB
Darlene M. Amodeo                                                   Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy              Page 1 of 2           Date Rcvd: Mar 01, 2019
                               Form ID: 3180W          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db             +Darlene M. Amodeo,    P.O. Box 238,    Webster, PA 15087-0238
cr             +The Bank of New York Mellon, et al,    c/o Prober & Raphael, ALC,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
13745936       +First Federal Credit,    24700 Chagrin Boulevard,    Suite 2,    Beachwood, OH 44122-5662
13745937       +Jeffrey Amodeo,    P.O. Box 238,    Webster, PA 15087-0238
13745938        NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101
13776313       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13745939       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13953949       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    CERTIFICATEHOLDERS OF THE CWABS INC., AS,
                 Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14720443       +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:38:15      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 03:37:53      Ditech Financial LLC,
                 PO Box 0049,    Palatine, IL 60055-0001
cr              E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 03:37:53      Green Tree Servicing LLC,
                 Attn: Dave Mattson, BK Rep,    PO Box 6154,    Rapid City, SD 57709-6154
13745933       +EDI: BANKAMER.COM Mar 02 2019 08:13:00      Bank of America, N.A.,    2380 Performance Drive,
                 Richardson, TX 75082-4333
13745934       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 02 2019 03:38:40      Collection Service Center,
                 839 Fifth Avenue,    New Kensington, PA 15068-6303
13745935       +EDI: CCUSA.COM Mar 02 2019 08:08:00      Credit Collection USA,    P.O. Box 873,
                 Morgantown, WV 26507-0873
14034952        E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 03:37:53      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
13809280       +EDI: WFFC.COM Mar 02 2019 08:08:00      Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,
                 Des Moines, IA 50328-0001
13745940        EDI: WFFC.COM Mar 02 2019 08:08:00      Wells Fargo Home Mortgage,    P.O. Box 14411,
                 Des Moines, IA 50306-3411
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*            +Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2            User: culy                  Page 2 of 2             Date Rcvd: Mar 01, 2019
                                Form ID: 3180W              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Shawn N. Wright    on behalf of Debtor Darlene M. Amodeo shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

                                                                                                         TOTAL: 5