**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> DARLENE M. AMODEO <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:13-24715 <br><br> Chapter 13 <br><br> Related to Dkt. No. 63 <br><br> **ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ____1st_____ day of __March_____, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **jah**

FILED
3/1/19 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-24715-CMB
Darlene M. Amodeo                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Mar 01, 2019
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db          +Darlene M. Amodeo,    P.O. Box 238,    Webster, PA 15087-0238
cr          +The Bank of New York Mellon, et al,    c/o Prober & Raphael, ALC,    1600 South Douglass Road,
              Anaheim, CA 92806-5948
13745933    +Bank of America, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
13745936    +First Federal Credit,    24700 Chagrin Boulevard,    Suite 2,    Beachwood, OH 44122-5662
13745937    +Jeffrey Amodeo,    P.O. Box 238,    Webster, PA 15087-0238
13745938     NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101
13776313    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13745939    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13953949    +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     CERTIFICATEHOLDERS OF THE CWABS INC., AS,
              Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14720443    +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
              1600 South Douglass Road,    Anaheim, CA 92806-5948
13809280    +Wells Fargo Bank, N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
13745940     Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 03:37:53      Ditech Financial LLC,
              PO Box 0049,    Palatine, IL 60055-0001
cr           E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 03:37:53      Green Tree Servicing LLC,
              Attn: Dave Mattson, BK Rep,    PO Box 6154,    Rapid City, SD 57709-6154
13745934    +E-mail/Text: bankruptcy@firstenergycorp.com Mar 02 2019 03:38:40       Collection Service Center,
              839 Fifth Avenue,    New Kensington, PA 15068-6303
13745935    +E-mail/Text: ccusa@ccuhome.com Mar 02 2019 03:37:34      Credit Collection USA,    P.O. Box 873,
              Morgantown, WV 26507-0873
14034952     E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2019 03:37:53      Green Tree Servicing LLC,
              PO BOX 6154,    Rapid City, SD 57709-6154
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*         +Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-7 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Darlene M. Amodeo shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                              TOTAL: 5
```